# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-08-39-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| BRICE HUTTINGER, | |
| Defendant. | |

Defendant Brice Huttinger moved for early termination of his current term of supervised release. (Doc. 96.) The Government opposes the motion. (*Id.* at 1.) The Court conducted a hearing on the motion on November 7, 2019. (Doc. 100.) The Court determined that it would grant Huttinger's motion if he could continue to comply with his supervised release conditions until January 7, 2020. (Doc. 100.)

The United States Probation Office notified the Court on December 19, 2019, that Huttinger tested positive for methamphetamine on December 9, 2019. (Doc. 101 at 2.) The Court issued a summons requiring Huttinger to appear. (Doc. 102.) The Court conducted a hearing on January 7, 2020. (Doc. 104.) For the reasons discussed in open Court, **IT IS ORDERED** that:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 96) is **DENIED**.

2. The hearing on the petition to revoke supervised release (Doc. 101) is continued for 90 days. The Court will conduct a revocation hearing on April 15, 2020, at 10:00 a.m.

3. Huttinger shall participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.

DATED this 9th day of January, 2020.

_____
Brian Morris
United States District Court Judge